ORIGINAL

1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Brian K. Mazen (Bar No. 130777)
   BMazen@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
5  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
6  Facsimile: (213) 625-1930

7  Attorneys for Defendant
   MASSACHUSETTS MUTUAL LIFE
8  INSURANCE COMPANY, erroneously sued as
   MASSACHUSETTS MUTUAL LIFE
9  INSURANCE COMPANY, INC.

ADR
E-FILING

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAXED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN BECKER, an individual
and as personal representative of the
ESTATE OF ROY L. KEE,

   Plaintiff,

vs.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY, INC., a
Delaware Corporation, and DOES 1
through 10, inclusive,

   Defendants.

Case No. C08 03625 HRL

DECLARATION RE FILING NOTICE
OF REMOVAL OF ACTION TO
UNITED STATES DISTRICT COURT

[Filed concurrently with MassMutual's
Notice of Removal of Action to the
United States District Court]

I, Tina M. Abrante, declare as follows:

1. Declarant is a citizen of the United States, is over the age of 18 years, and is not a party to this action.

2. Declarant is a resident of the County of Los Angeles, State of California.

3. Declarant is an employee of the law firm of Meserve, Mumper & Hughes LLP, located at 300 South Grand Avenue, 24th Floor, Los Angeles,

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95276.1

1

DECLARATION RE FILING NOTICE OF
REMOVAL OF ACTION TO UNITED
STATES DISTRICT COURT

1  California 90071-3185, attorneys of record for Defendant MASSACHUSETTS
2  MUTUAL LIFE INSURANCE COMPANY, erroneously sued as
3  MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, INC. in the
4  above-referenced action.
5      4.   On July 29, 2008, declarant, for Meserve, Mumper & Hughes LLP,
6  caused to be filed with the Clerk of the Superior Court California, County of Santa
7  Clara, the court in which this action was pending, a true and correct copy of the
8  Notice of Removal of Action to the United States District Court, which has been
9  filed in the above-entitled United States District Court.
10     Executed this 29th day of July, 2008, at Los Angeles, California.
11     I declare under penalty of perjury under the laws of the State of California
12 and the United States of America that the foregoing is true and correct.

*[signature]*
Tina M. Abrante

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95276.1

DECLARATION RE FILING NOTICE OF
REMOVAL OF ACTION TO UNITED
STATES DISTRICT COURT