ORIGINAL

ADR E-FILING

1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Brian K. Mazen (Bar No. 130777)
   BMazen@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
5  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
6  Facsimile: (213) 625-1930

7  Attorneys for Defendant
   MASSACHUSETTS MUTUAL LIFE
8  INSURANCE COMPANY, erroneously sued as
   MASSACHUSETTS MUTUAL LIFE
9  INSURANCE COMPANY, INC.

FILED

JUL 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAXED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN BECKER, an individual and as personal representative of the ESTATE OF ROY L. KEE,

   Plaintiff,

   vs.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

   Defendants.

Case No. C08 03625 RL

DECLARATION OF GINA FERRARO IN SUPPORT OF DEFENDANT MASSMUTUAL'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

[Filed concurrently with MassMutual's Notice of Removal of Action to the United States District Court]

**DECLARATION OF GINA FERRARO**

I, Gina Ferraro, declare as follows:

1.  I am a senior litigation paralegal for Massachusetts Mutual Life Insurance Company ("MassMutual") at MassMutual's corporate headquarters in Springfield, Massachusetts.

2.  I oversaw the gathering of information concerning MassMutual's nationwide business activities. The facts contained in this declaration are true and

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95244.1

1

DECLARATION OF GINA FERRARO IN SUPPORT OF DEFENDANT MASSMUTUAL'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES

correct to the best of my knowledge and, if called as a witness, I could and would testify to them.

3. MassMutual is, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the Commonwealth of Massachusetts.

4. MassMutual is a mutually owned financial protection, accumulation and income management company that conducts business in all 50 States, Puerto Rico, and the District of Columbia.

5. MassMutual's corporate headquarters is in Springfield, Massachusetts. However, a significant percentage of its home office employees are located in Enfield, Connecticut. MassMutual's corporate policies and procedures arise from its headquarters in Massachusetts. MassMutual's headquarters is where MassMutual's directors and policyholders typically meet. Some of MassMutual's corporate officers have offices in Springfield, Massachusetts, and others in Enfield, Connecticut. MassMutual's administrative functions, including payroll, accounting, marketing, training, human resources, and information systems, are all performed in Springfield, Massachusetts or Enfield, Connecticut. MassMutual's legal department is also located in both Massachusetts and Connecticut.

6. MassMutual has consistently taken the position in litigation that its principal place of business is Massachusetts. MassMutual has never taken the position that its principal place of business is California.

7. As of April 5, 2007, MassMutual had approximately 6000 employees nationwide, located in many states across the country. Approximately 3,717 of MassMutual's employees, or 62%, were located in Massachusetts. Approximately 1,914 of MassMutual's employees, or 32%, were located in Connecticut. By comparison, only approximately 30 of MassMutual's employees, or 0.05% were located in California.

8. As of April 5, 2007, MassMutual owned real property located in many

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95244.1

2

DECLARATION OF GINA FERRARO IN
SUPPORT OF DEFENDANT
MASSMUTUAL'S NOTICE OF REMOVAL
OF ACTION TO UNITED STATES

states across the county. Approximately 13.8% of the net value of MassMutual's total real property was located in Florida. Approximately 6.4% of the net value of MassMutual's total real property was located in Massachusetts. Approximately 4.0% of the net value of MassMutual's total real property was located in Connecticut. By comparison, approximately 15.3% of the net value of MassMutual's total real property was located in California.

9. Approximately 12.8% of total revenue generated by MassMutual for the year 2006 was generated in New York. Approximately 8.4% of total revenue generated by MassMutual for the year 2006 was generated in Pennsylvania. Approximately 7.9% of total revenue generated by MassMutual for the year 2006 was generated in Texas. Approximately 7.9% of total revenue generated by MassMutual for the year 2006 was generated in Texas. Approximately 7.4% of total revenue generated by MassMutual for the year 2006 was generated in Massachusetts. By comparison, approximately 7% of total revenue generated by MassMutual for the year 2006 was generated in California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 28th day of July 2008, in Springfield, Massachusetts.

_____
Gina Ferraro

_____
Juliann Pawlikowski



JULIANN A. PAWLIKOWSKI
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
December 12, 2014

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95244.1

3

DECLARATION OF GINA FERRARO IN SUPPORT OF DEFENDANT MASSMUTUAL'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES