E-FILING

ADR

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAXED

ORIGINAL

1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Brian K. Mazen (Bar No. 130777)
   BMazen@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
5  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
6  Facsimile:  (213) 625-1930

7  Attorneys for Defendant
   MASSACHUSETTS MUTUAL LIFE
8  INSURANCE COMPANY, erroneously sued as
   MASSACHUSETTS MUTUAL LIFE
9  INSURANCE COMPANY, INC.

10                   UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  KATHLEEN BECKER, an individual        )   C08 03625 HRL
    and as personal representative of the )
14  ESTATE OF ROY L. KEE,                 )   CERTIFICATION OF INTERESTED
                                          )   ENTITIES OR PERSONS
15              Plaintiff,                )
                                          )   [FRCP 7.1; L.R. 3-16]
16      vs.                               )
                                          )
17  MASSACHUSETTS MUTUAL LIFE             )
    INSURANCE COMPANY, INC., a            )
18  Delaware Corporation, and DOES 1      )
    through 10, inclusive,                )
19                                        )
                Defendants.               )
20  _____)

21      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
22  than the named parties, there is no such interest to report.
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95268.1                                  1                CERTIFICATION OF INTERESTED
                                                          ENTITIES OR PERSONS

1  Dated: July 29, 2008

MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Brian K. Mazen
Russell G. Gomm

By: /s/ Russell G. Gomm
Russell G. Gomm
Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,
erroneously sued as
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY, INC.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95268.1

2

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS