ORIGINAL

1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Brian K. Mazen (Bar No. 130777)
   BMazen@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
5  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
6  Facsimile: (213) 625-1930

7  Attorneys for Defendant
   MASSACHUSETTS MUTUAL LIFE INSURANCE
8  COMPANY, erroneously sued as MASSACHUSETTS
   MUTUAL LIFE INSURANCE COMPANY, INC.

E-FILING

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN BECKER, an individual and as personal representative of the ESTATE OF ROY L. KEE,

    Plaintiff,

vs.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

    Defendants.

Case No. C08 03625 JF HRL

PROOF OF SERVICE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95250.1

## PROOF OF SERVICE BY MAIL AND/OR FACSIMILE

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

On July 29, 2008, I served on interested parties in said action the within:

1. **CIVIL COVER SHEET;**
2. **NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT;**
3. **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**
4. **DECLARATION OF GINA FERRARO IN SUPPORT OF MASSMUTUAL'S NOTICE OF REMOVAL;**
5. **DECLARATION RE FILING NOTICE OF REMOVAL OF ACTION; AND**
6. **PROOF OF SERVICE.**

by placing a true copy thereof in sealed envelope(s) addressed, as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

John C. Clark, Esq.
Rusconi, Foster & Thomas, APC
30 Keystone Avenue
Morgan Hill, CA 95037

Facsimile No.: 408-779-1553

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (FAX) by transmitting a true copy of said document from facsimile machine whose telephone number is (213) 625-1930, pursuant to California Rules of Court, Rule 2005. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

Executed on July 29, 2008, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

TINA M. ABRANTE                              _/s/ Tina M. Abrante_
(Type or print name)                              (Signature)

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95250.1