Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Brian K. Mazen (Bar No. 130777)
BMazen@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, erroneously sued as MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| KATHLEEN BECKER, an individual and as personal representative of the ESTATE OF ROY L. KEE,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C 08-03625 HRL<br><br>DEFENDANT MASSMUTUAL'S DECLINATION OF CONSENT TO THE ASSIGNMENT OF A U.S. MAGISTRATE JUDGE FOR ALL PURPOSES |

TO THE ABOVE-ENTITLED COURT, ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Standing Order Re Initial Case Management and Discovery Disputes, Defendant Massachusetts Mutual Life Insurance Company ("MassMutual"), erroneously sued as Massachusetts Mutual Life Insurance Company, Inc., hereby declines to consent to the assignment of U.S.

1 | Magistrate Judge Howard R. Lloyd, or any other Magistrate Judge, for all purposes
2 | in this action.

4 | Dated: August 5, 2008

MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Brian K. Mazen
Russell G. Gomm

By:      //BRIAN K. MAZEN
Brian K. Mazen
Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,
erroneously sued as
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, INC.