**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kathleen Becker, an individual and as personal representative of the Estate of Roy L. Kee, | No. C08-03625 |
| Plaintiff, | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| Massachusetts Mutual Life Insurance Company a Delaware corporation, | |
| Defendant. | |
| _____ / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 25, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **December 5, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on November 21, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: August 6, 2008

RICHARD W. WIEKING, Clerk
United States District Court


____/s/ *Patty Cromwell*_____
By: Patty Cromwell, Courtroom Deputy
to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

John Christopher Clark     John@rftlawyer.com

Russell G. Gomm     rgomm@mmhllp.com, tabrante@mmhllp.com

Linda Marie Lawson     Llawson@mmhllp.com

Brian Keith Mazen     bmazen@mmhllp.com