UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| KATHLEEN BECKER, an individual and as personal representative of the ESTATE OF ROY L. KEE,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 08-03625 JF<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>[F.R.C.P. 41]<br><br>Complaint Filed: June 27, 2008 |

## **ORDER**

Based upon the Stipulation to Dismiss Entire Action with Prejudice filed by Plaintiff KATHLEEN BECKER, an individual and as personal representative of the ESTATE OF ROY L. KEE ("Plaintiff"), and Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, erroneously sued as MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, INC. ("Defendant"), and for good cause shown,

1  IT IS HEREBY ORDERED that the above-entitled action, Case No. C 08-
2  03625 JF be and hereby is dismissed in its entirety with prejudice, each party to bear
3  their own attorneys' fees and costs.

4

5  Dated:   2/23/09                                             _____
6                                                               Hon. Jeremy Fogel
                                                                Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

99643.1                             2

[PROPOSED] ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE